

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CATHERINE L. FOUNTAINE,

        Plaintiff,

        Civil Action No. 11-0457

v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

        **CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

        Defendant.

---

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Sixtina Fernandez, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 28th day of December 2011;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

        _____
        Norman A. Mordue, Judge
        United States District Court

The undersigned hereby consent to the form and entry of the within order.

                                  RICHARD S. HARTUNIAN
                                  United States Attorney

By:    *s/ Sixtina Fernandez*
        Sixtina Fernandez
        Special Assistant U.S. Attorney
        Bar No. 513910


        Olinsky Law Group
        300 S. State Street, Ste. 520
        Syracuse, NY 13202-2060

By:    *s/ Howard Olinsky* by S.F.
        Howard Olinsky, Esq.
        Attorney for Plaintiff
        Bar No. 102297